UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. C-05-00969-MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING REGARDING LEAD PLAINTIFF MOTIONS AND CASE MANAGEMENT CONFERENCE** |

WHEREAS pending before the Court are two competing motions to be appointed lead plaintiff in this action, both of which are set for hearing on June 24, 2005;

WHEREAS a scheduling conflict exists for lead plaintiff movant Stephen L. Craig on that date;

WHEREAS counsel for movants Gordon Family Trust and Warren Heller does not object to continuing the hearing to 9:00 a.m. on July 8, 2005;

WHEREAS the lead plaintiff movants, as well as all defendants, believe it therefore makes sense to continue the case management conference scheduled for July 8, 2005 to 10:30 a.m. on July 29, 2005 so the party appointed as lead plaintiff and the defendants can confer and prepare a joint case management conference statement;

#110655

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING RE LEAD PLAINTIFF MOTIONS, ETC.
Master File No. - C-05-00969-MMC                                                                                                    1

**IT IS HEREBY STIPULATED:**

1. The hearing regarding the two competing lead plaintiff motions presently scheduled for June 24, 2005 is continued to 9:00 a.m. on July 8, 2005;

2. The case management conference presently scheduled for July 8, 2005 is continued to 10:30 a.m. on July 29, 2005;

3. The party appointed as lead plaintiff and the defendants shall submit a joint case management conference statement no later than five Court days prior to the case management conference.

Dated: June 2, 2005

By: _____

Solomon B. Cera, Esq.
Gwendolyn R. Giblin, Esq.
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
Email: ggiblin@gbcslaw.com

- and -

Jeffrey S. Abraham, Esq.
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Email: Jabraham@aftlaw.com

Counsel for Lead Plaintiff Movant
Stephen L. Craig

Dated: June 2, 2005

By: /s/ James R. Malone, Jr.

James R. Malone, Jr., Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: jamesmalone@chimicles.com

Counsel for Lead Plaintiff Movants
Gordon Family Trust and Warren Heller

Dated: June ___, 2005

By: _____

Terry M. Gordon, Esq.
THE CLAUSEN LAW GROUP
1160 Brickyard Cove Road #201
Point Richmond, CA 94801
Telephone: (510) 234-5155
Facsimile: (510) 234-4578
Email: Tgordon@ClausenLawGroup.com

Counsel for the Textainer Defendants and
Defendant John A. Maccarone

Dated: June ___, 2005

By: _____

J.D. Horton, Esq.
QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: jdhorton@quinnemanuel.com

Counsel for Defendant RFH, Ltd.

**IT IS SO ORDERED.**

Dated: June ___, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Dated: June __, 2005

By: _____

James R. Malone, Jr., Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: jamesmalone@chimicles.com

Counsel for Lead Plaintiff Movants
Gordon Family Trust and Warren Heller

Dated: June 2, 2005

By: /s/ Terry M. Gordon

Terry M. Gordon, Esq.
THE CLAUSEN LAW GROUP
1160 Brickyard Cove Road #201
Point Richmond, CA 94801
Telephone: (510) 234-5155
Facsimile: (510) 234-4578
Email: Tgordon@ClausenLawGroup.com

Counsel for the Textainer Defendants and
Defendant John A. Maccarone

Dated: June 2, 2005

By: _____

J.D. Horton, Esq.
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: jdhorton@quinnemanuel.com

Counsel for Defendant RFH, Ltd.

IT IS SO ORDERED.

Dated: June __, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1  Dated: June __, 2005 | By: _____ |
| 2 | |
| 3 | James R. Malone, Jr., Esq. |
|   | CHIMICLES & TIKELLIS LLP |
| 4 | One Haverford Centre |
|   | 361 West Lancaster Avenue |
| 5 | Haverford, PA 19041 |
|   | Telephone: (610) 642-8500 |
| 6 | Facsimile: (610) 649-3633 |
|   | Email: jamesmalone@chimicles.com |
| 7 | |
|   | Counsel for Lead Plaintiff Movants |
| 8 | Gordon Family Trust and Warren Heller |
|   Dated: June __, 2005 | By: _____ |
| 9 | |
| 10 | Terry M. Gordon, Esq. |
|    | THE CLAUSEN LAW GROUP |
| 11 | 1160 Brickyard Cove Road #201 |
|    | Point Richmond, CA 94801 |
| 12 | Telephone: (510) 234-5155 |
|    | Facsimile: (510) 234-4578 |
| 13 | Email: Tgordon@ClausenLawGroup.com |
| 14 | Counsel for the Textainer Defendants and |
|    | Defendant John A. Maccarone |
| 15  Dated: June 2, 2005 | |
|    | By: _____ |
| 16 | |
| 17 | J.D. Horton, Esq. |
|    | QUINN EMANUEL URQUHART OLIVER |
|    |   & HEDGES, LLP |
| 18 | 865 South Figueroa Street, 10th Floor |
|    | Los Angeles, CA 90017 |
| 19 | Tel: (213) 443-3000 |
|    | Fax: (213) 443-3100 |
| 20 | Email: jdhorton@quinnemanuel.com |
| 21 | Counsel for Defendant RFH, Ltd. |

22  **IT IS SO ORDERED.**

23  Dated: June 2, 2005

**APPROVED**
**Judge Maxine M. Chesney**

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

#110655

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING RE LEAD PLAINTIFF MOTIONS, ETC.
Master File No. - C-05-00969-MMC

3