UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-00969-MMC <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING REGARDING LEAD PLAINTIFF MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

WHEREAS pending before the Court are two competing motions to be appointed lead plaintiff in this action, both of which are set for hearing on June 24, 2005;

WHEREAS a scheduling conflict exists for lead plaintiff movant Stephen L. Craig on that date;

WHEREAS counsel for movants Gordon Family Trust and Warren Heller does not object to continuing the hearing to 9:00 a.m. on July 8, 2005;

WHEREAS the lead plaintiff movants, as well as all defendants, believe it therefore makes sense to continue the case management conference scheduled for July 8, 2005 to 10:30 a.m. on July 29, 2005 so the party appointed as lead plaintiff and the defendants can confer and prepare a joint case management conference statement;

**IT IS HEREBY STIPULATED:**

1. The hearing regarding the two competing lead plaintiff motions presently scheduled for June 24, 2005 is continued to 9:00 a.m. on July 8, 2005;

2. The case management conference presently scheduled for July 8, 2005 is continued to 10:30 a.m. on July 29, 2005;

3. The party appointed as lead plaintiff and the defendants shall submit a joint case management conference statement no later than five Court days prior to the case management conference.

Dated: June 1, 2005

By: /s/

Solomon B. Cera, Esq.
Gwendolyn R. Giblin, Esq.
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
Email: ggiblin@gbcslaw.com

- and -

Jeffrey S. Abraham, Esq.
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Email: Jabraham@aftlaw.com

Counsel for Lead Plaintiff Movant
Stephen L. Craig

1  Dated: June 2, 2005

By: /s/ James R. Malone, Jr.

James R. Malone, Jr., Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: jamesmalone@chimicles.com

Counsel for Lead Plaintiff Movants
Gordon Family Trust and Warren Heller

Dated: June ___, 2005

By: _____

Terry M. Gordon, Esq.
THE CLAUSEN LAW GROUP
1160 Brickyard Cove Road #201
Point Richmond, CA 94801
Telephone: (510) 234-5155
Facsimile: (510) 234-4578
Email: Tgordon@ClausenLawGroup.com

Counsel for the Textainer Defendants and
Defendant John A. Maccarone

Dated: June ___, 2005

By: _____

J.D. Horton, Esq.
QUINN EMANUEL URQUHART OLIVER
    & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: jdhorton@quinnemanuel.com

Counsel for Defendant RFH, Ltd.

**IT IS SO ORDERED.**

Dated: June ___, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1  Dated: June ___, 2005 | By: _____ |
| 2 | |
| 3 | James R. Malone, Jr., Esq.<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre |
| 4 | 361 West Lancaster Avenue<br>Haverford, PA 19041 |
| 5 | Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633 |
| 6 | Email: jamesmalone@chimicles.com |
| 7 | Counsel for Lead Plaintiff Movants<br>Gordon Family Trust and Warren Heller |
| 8  Dated: June 2, 2005 | By: _____ /s/ Terry M. Gordon _____ |
| 9 | |
| 10 | Terry M. Gordon, Esq.<br>THE CLAUSEN LAW GROUP<br>1160 Brickyard Cove Road #201 |
| 11 | Point Richmond, CA 94801<br>Telephone: (510) 234-5155 |
| 12 | Facsimile: (510) 234-4578<br>Email: Tgordon@ClausenLawGroup.com |
| 13 | Counsel for the Textainer Defendants and |
| 14 | Defendant John A. Maccarone |
| 15  Dated: June 2, 2005 | By: _____ |
| 16 | |
| 17 | J.D. Horton, Esq.<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP |
| 18 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 |
| 19 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 |
| 20 | Email: jdhorton@quinnemanuel.com |
| 21 | Counsel for Defendant RFH, Ltd. |

IT IS SO ORDERED.

Dated: June ___, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1  Dated: June __, 2005 | By: _____ |
| 2 | |
| 3 | James R. Malone, Jr., Esq. |
|   | CHIMICLES & TIKELLIS LLP |
| 4 | One Haverford Centre |
|   | 361 West Lancaster Avenue |
| 5 | Haverford, PA 19041 |
|   | Telephone: (610) 642-8500 |
| 6 | Facsimile: (610) 649-3633 |
|   | Email: jamesmalone@chimicles.com |
| 7 | |
|   | Counsel for Lead Plaintiff Movants |
| 8 | Gordon Family Trust and Warren Heller |
|   Dated: June __, 2005 | By: _____ |
| 9 | |
| 10 | Terry M. Gordon, Esq. |
|   | THE CLAUSEN LAW GROUP |
| 11 | 1160 Brickyard Cove Road #201 |
|   | Point Richmond, CA 94801 |
| 12 | Telephone: (510) 234-5155 |
|   | Facsimile: (510) 234-4578 |
| 13 | Email: Tgordon@ClausenLawGroup.com |
| 14 | Counsel for the Textainer Defendants and |
|   | Defendant John A. Maccarone |
| 15  Dated: June 2, 2005 | |
| 16 | By: _[signature]_____ |
| 17 | J.D. Horton, Esq. |
|   | QUINN EMANUEL URQUHART OLIVER |
|   |    & HEDGES, LLP |
| 18 | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, CA 90017 |
| 19 | Tel: (213) 443-3000 |
|   | Fax: (213) 443-3100 |
| 20 | Email: jdhorton@quinnemanuel.com |
| 21 | Counsel for Defendant RFH, Ltd. |
| 22 | |
|   **IT IS SO ORDERED.** | |
| 23 | |
|   Dated: June 2, 2005 | **APPROVED** |
| 24 | Judge Maxine M. Chesney |
| 25 | |
|   | _____ |
| 26 | HON. MAXINE M. CHESNEY |
|   | UNITED STATES DISTRICT JUDGE |
| 27 | |
| 28 | |