UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-00969-MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN PRE-CASE MANAGEMENT CONFERENCE DEADLINES** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

WHEREAS this class action lawsuit alleges a claim subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, among other claims;

WHEREAS the PSLRA sets forth a procedure by which class members may move the Court to serve as the lead plaintiff in the action and a procedure by which the Court is to appoint the lead plaintiff (15 U.S.C. §78u-4(a)(3)(B));

WHEREAS two competing motions to be appointed lead plaintiff are pending before the Court and are set for hearing on July 8, 2005;

WHEREAS the Order Setting Initial Case Management Conference, which was entered in the *Lewis* action on March 8, 2005, includes the following deadlines which will occur prior to the July 8, 2005 hearing regarding the competing lead plaintiff motions:

| | | |
|---|---|---|
| 1 | 6/17/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan |
| 2 | 6/17/2005 | Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 3 | 7/01/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report . . . and file/serve Rule 26(f) Report |

WHEREAS the parties seek to avoid engaging in duplicative work prior to the appointment of the lead plaintiff and lead counsel;

WHEREAS counsel for both lead plaintiff movants, as well as counsel for the defendants, agree that these matters are best handled for plaintiffs by the Court-appointed lead plaintiff, after such appointment is made;

WHEREAS by Order entered on June 2, 2005, the Case Management Conference has been continued from July 8, 2005 to July 29, 2005 and the parties' Joint Case Management Conference statement is due five Court days before the Case Management Conference;

Good cause appearing therefore, **IT IS HEREBY STIPULATED**, by and between the parties hereto, as follows:

1. The deadlines referenced above are continued until after the Court has appointed a lead plaintiff pursuant to the PSLRA.

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | 2. New deadlines for these matters will be set at the Case Management Conference on |
| 2 | July 29, 2005. |

Dated: June 10, 2005

By: _____

Gwendolyn R. Giblin, Esq.
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
Email: ggiblin@gbcslaw.com

- and -

Jeffrey S. Abraham, Esq.
ABRAHAM FRUCHTER & TWERSKY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Email: Jabraham@aftlaw.com

Counsel for Plaintiffs Robert Lewis and
City Partnerships, Co.

Dated: June 10, 2005

By: _____

James R. Malone, Jr., Esq.
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: jamesmalone@chimicles.com

Counsel for Lead Plaintiff Movants
Gordon Family Trust and Warren Heller

---

#110723

STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-CASE MANAGEMENT CONF. DEADLINES
Master File No. - C-05-00969-MMC

3

```
 1  Dated: June 9, 2005                    By: /s/ Terry M. Gordon
 2                                         Terry M. Gordon, Esq.
                                           THE CLAUSEN LAW GROUP
 3                                         1160 Brickyard Cove Road #201
                                           Point Richmond, CA 94801
 4                                         Telephone: (510) 234-5155
                                           Facsimile: (510) 234-4578
 5                                         Email: Tgordon@ClausenLawGroup.com
 6
                                           Counsel for the Textainer Defendants and
 7                                         Defendant John A. Maccarone

 8  Dated: June ___, 2005
                                           By: _____
 9
                                           J.D. Horton, Esq.
10                                         QUINN EMANUEL URQUHART OLIVER
                                              & HEDGES, LLP
11                                         865 South Figueroa Street, 10th Floor
                                           Los Angeles, CA 90017
12                                         Tel: (213) 443-3000
                                           Fax: (213) 443-3100
13                                         Email: jdhorton@quinnemanuel.com

14                                         Counsel for Defendant RFH, Ltd.

15      IT IS SO ORDERED.

16  Dated: June ___, 2005

17

18                                         _____
                                           HON. MAXINE M. CHESNEY
19                                         UNITED STATES DISTRICT JUDGE
```

| | | |
|---|---|---|
| 1 | Dated: June __, 2005 | By: _____ |
| 2 | | Terry M. Gordon, Esq. |
| 3 | | THE CLAUSEN LAW GROUP |
| | | 1160 Brickyard Cove Road #201 |
| 4 | | Point Richmond, CA 94801 |
| | | Telephone: (510) 234-5155 |
| 5 | | Facsimile: (510) 234-4578 |
| | | Email: Tgordon@ClausenLawGroup.com |
| 6 | | |
| | | Counsel for the Textainer Defendants and |
| 7 | | Defendant John A. Maccarone |
| 8 | Dated: June 7, 2005 | By: _____ |
| 9 | | J.D. Horton, Esq. |
| 10 | | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 11 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
| 12 | | Tel: (213) 443-3000 |
| | | Fax: (213) 443-3100 |
| 13 | | Email: jdhorton@quinnemanuel.com |
| 14 | | Counsel for Defendant RFH, Ltd. |

**IT IS SO ORDERED.**

Dated: June 13, 2005

*APPROVED*
*Judge Maxine M. Chesney*

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE