IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>_____ / | No. C-05-0969 MMC<br><br>**ORDER DIRECTING MOVANT STEVEN L. CRAIG TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On June 17, 2005, lead plaintiff applicant Steven L. Craig ("Craig") electronically filed an opposition to the motion for appointment of lead plaintiff filed by lead plaintiff applicants Alan P. Gordon and Warren Heller.  Craig has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Craig is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents.  The parties are hereby advised that if any party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1  Court may impose sanctions on the noncomplying party, including, but not limited to,

2  striking from the record any electronically-filed document of which a chambers copy has not

3  been timely provided to the Court.

4  **IT IS SO ORDERED.**

5  Dated: June 22, 2005                    /s/ Maxine M. Chesney
                                           MAXINE M. CHESNEY
                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28