IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>_____/ | No. C-05-0969 MMC<br><br>**ORDER RE: PENDING MOTIONS FILED IN <u>LABOW</u> ACTION** |

On June 20, 2005, the Court issued an order relating and consolidating <u>Labow v. Textainer Financial Services Corp.</u>, C-05-2328 JSW with the instant action. The hearing dates with respect to any motions that were pending before Judge White at the time the <u>Labow</u> action was related and consolidated with the instant action are hereby VACATED. Any such pending motions will not be considered unless and until they are renoticed for hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: June 22, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge