UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. C-05-00969-MMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING STEPHEN L. CRAIG AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF COUNSEL |

The Court, having considered all motions filed for appointment of Lead Plaintiff and Lead Counsel, and good cause appearing, makes the following Order:

1. The Court finds that Stephen L. Craig satisfies the requirements of 15 U.S.C. §78u-4(a)(3)(B) and is the "most adequate plaintiff" for the class. Therefore, the Court appoints Stephen L. Craig as Lead Plaintiff for the class.

2. Stephen L. Craig has retained Gold Bennett Cera & Sidener LLP and Abraham Fruchter & Twersky LLP to represent his interests and the interests of the class. The Court finds that these firms are well qualified to represent the interests of the class and, accordingly, appoints them as Lead Counsel.

3. Lead Counsel and counsel for the defendants shall meet and confer regarding whether: (a) a consolidated amended complaint will be filed; (b) the schedule for filing a

1  consolidated amended complaint (if any); and (c) the timing for the defendants to respond to the
2  operative complaint. A proposed schedule shall be jointly submitted by the parties within fifteen
3  (15) days from the date of this Order.

4  **IT IS SO ORDERED.**

5  Dated: ~~June ___, 2005~~
6  July 26, 2005



_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28