QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
A. William Urquhart (Bar No. 140966)
J.D. Horton (Bar No. 192836)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
RFH, Ltd.

# UNITED STATES DISTRICT COURT
## NORHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-0969 (MMC)<br><br>STIPULATION RE SCHEDULE FOR FILING CONSOLIDATED AMENDED COMPLAINT, MOTION TO DISMISS AND RELATED BRIEFS AND INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON |

Defendants RFH, Ltd. ("RFH") and Textainer Equipment Income Fund, II, L.P., Textainer Equipment Income Fund, III, L.P., Textainer Equipment Income Fund, IV, L.P., Textainer Equipment Income Fund, V, L.P., Textainer Equipment Income Fund, VI, L.P., Textainer Equipment Management Limited, Textainer Financial Services Corporation, Textainer Capital Corporation, Textainer Group Holdings Limited, TCC Equipment Income Fund and John A. Maccarone ("Textainer Defendants") (collectively "Defendants"), on the one hand, and Lead Plaintiff Stephen L. Craig ("Plaintiff"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 26, 2005, the Court granted plaintiff Stephen L. Craig's motion for appointment as Lead Plaintiff;

WHEREAS, on July 26, 2005, the Court further ordered all parties to meet and confer and file a joint statement to the Court regarding whether: (1) a consolidated amended complaint will be filed; (b) the schedule for filing the consolidated amended complaint (if any); and (c) the timing for the defendants to respond to the operative complaint.

WHEREAS, the Initial Case Management Conference in this action is currently scheduled for October 28, 2005, at 10:30 a.m.

WHEREAS, the parties have met and conferred regarding the filing of the consolidated amended complaint and the briefing schedule for defendants' motions to dismiss;

///
///
///

NOW, THEREFORE, the parties stipulate and agree as follows:

Lead Plaintiff will file a consolidated amended complaint on or before August 24, 2005;

Defendants' motions to dismiss the complaint or other responsive pleadings shall be filed on September 23, 2005;

Lead Plaintiff's opposition to defendants' motions to dismiss shall be filed on October 21, 2005;

Defendants' replies re motions to dismiss shall be filed on November 4, 2005;

The hearing on Defendants' motions to dismiss shall be November 18, 2005 at 9:00 a.m.

The initial case management conference shall be continued to November 18, 2005 at 10:30 a.m.

| | |
|---|---|
| Dated: August 9, 2005 | GOLD BENNETT CERA & SIDENER LLP<br>-and-<br>ABRAHAM FRUCHTER & TWERSKY LLP<br><br>By: /s/Gwendolyn R. Giblin<br>    Gwendolyn R. Giblin<br>    Co-Lead Counsel for Stephen L. Craig and the Class<br><br>Gold Bennett Cera & Sidener LLP<br>    595 Market Street, Suite 2300<br>    San Francisco, California 94105-2835<br>    Telephone: 415-777-2230<br>    Facsimile: 415-777-5189<br><br>Abraham Fruchter & Twersky LLP<br>    One Penn Plaza, Suite 2805<br>    New York, New York 10119<br>    Telephone: 212-279-5050<br>    Facsimile: 212-279-3655 |

| | |
|---|---|
| 1  Dated: August 9, 2005 | CLAUSEN LAW GROUP<br>-and-<br>THE JACOBS LAW FIRM, CHTD. |
| | |
| | By: /s/Terry M. Gordon<br>Terry M. Gordon<br>John G. Jacobs<br>Attorneys for Textainer<br>Defendants |
| | Clausen Law Group<br>1160 Brickyard Cove Road, Suite 201<br>Richmond, CA 94801<br>Telephone: 510-234-5155<br>Facsimile: 510-234-4578 |
| | The Jacobs Law Firm Chtd.<br>122 South Michigan Avenue<br>Suite 1850<br>Chicago, Illinois 60603<br>Telephone: 312-427-4000<br>Facsimile: 312-427-1850 |
| Dated: August 9, 2005 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES LLP |
| | By: /s/J.D.Horton<br>J.D. Horton<br>Attorneys for Defendant<br>RFH, Ltd. |
| | Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

## [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: August 9, 2005

_____
Honorable Maxine M. Chesney
Judge of the United States District Court