Nicholas E. Chimicles
James R. Malone, Jr. (PA Bar No. 41885)
(A Member of the Bar of this Court)
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
610-642-8500 (telephone)
610-649-3633 (fax)
Email:jamesmalone@chimicles.com

Francis M. Gregorek (Bar. No 144785)
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ, LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, California 92101
619-239-4599 (telephone)
619-234-4599 (fax)

ATTORNEYS FOR PLAINTIFF ALAN P. GORDON
 (Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C 05-00969 MMC |
| | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ; ORDER DISMISSING CASE NO. C-05-1146 ONLY |
| This Document Relates To: No. C 05-1146 MMC (Gordon) | |

Notice of Voluntary Dismissal, Master File No. C 05-00969 MMC.

1

1  PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure, plaintiff, Alan P. Gordon, hereby dismisses this action (No. 05-1146) without
3  prejudice.  Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Court approval of this
4  dismissal is not required, as this is not a voluntary dismissal of the claims of a certified class.  *See*
5  Fed. R. Civ. P. 23(e)(1)(A); *see also* Fed. R. Civ. P. advisory committee's note (2003)("The new
6  rule requires approval only if the claims, issues or defenses of a certified class are resolved by a
7  settlement, voluntary dismissal, or compromise.").

8  Dated: October 6, 2005                                   CHIMICLES & TIKELLIS LLP

9

10                                                         By:/s/ *James R. Malone, Jr.*
                                                           Nicholas E. Chimicles
11                                                         James R. Malone, Jr. (PA Bar No. 41885)
                                                           (A Member of the Bar of this Court)
12                                                         Joseph G. Sauder
                                                           One Haverford Centre
13                                                         361 West Lancaster Avenue
14                                                         Haverford, PA 19041
                                                           610-642-8500 (telephone)
15                                                         610-649-3633 (fax)
16                                                         jamesmalone@chimicles.com

17                                                         WOLF HALDENSTEIN ADLER FREEMAN &
                                                           HERZ LLP
18                                                         Francis M. Gregorek (Bar No. 144785)
19                                                         Symphony Towers
                                                           750 B Street, Suite 2770
20                                                         San Diego, California 92101
                                                           619-239-4599 (telephone)
21                                                         619-234-4599 (fax)
22                                                         gregorek@whafh.com

23                                                         WOLF HALDENSTEIN ADLER FREEMAN &
                                                           HERZ LLP
24                                                         Lawrence P. Kolker
25                                                         270 Madison Avenue
                                                           New York, New York 10016
26                                                         212-545-4600

27                                                         and

28

Notice of Voluntary Dismissal, Master File No. C 05-00969 MMC.

2

|   |   |
|---|---|
| 1 | LABATON RUDOFF & SUCHAROW LLP |
| 2 | Lawrence A. Sucharow |
|   | Beth Hoffman |
| 3 | 100 Park Avenue |
|   | New York, New York 10017 |
| 4 | 212-907-0700 |

GLANCY BINKOW & GOLDBERG LLP
Susan G. Kupfer (Bar No. 141724)
455 Market Street, Suite 1810
San Francisco CA 94105
415-972-8160 (telephone)
415-972-8166 (fax)
skupfer@glancylaw.com

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (Bar No. 134180)
Michael Goldberg (Bar No. 188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310-201-9150 (telephone)
310-201-9160 (fax)

Attorneys for Plaintiff Alan P. Gordon

Dated: October 11, 2005

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Maxine M. Chesney]