IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS<br>_____ / | No. C-05-0969 MMC<br><br>**ORDER DIRECTING DEFENDANT RFH LTD. TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

  On September 23, 2005, defendant RFH Ltd. ("RFH") electronically filed a motion to dismiss. RFH has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

  RFH is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. The parties are hereby advised that if any party fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions on the noncomplying party, including, but not limited to,

1 | striking from the record any electronically-filed document of which a chambers copy has
2 | not been timely provided to the Court.
3 | **IT IS SO ORDERED.**
4 | Dated: October 12, 2005

_[signature: Maxine M. Chesney]_
MAXINE M. CHESNEY
United States District Judge

2