| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | MORRISON & FOERSTER LLP |
| 2 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 3 | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |
| 4 | |
| | Attorneys for Defendants TEXTAINER FINANCIAL |
| 5 | SERVICES CORPORATION, TEXTAINER |
| | EQUIPMENT MANAGEMENT LIMITED, |
| 6 | TEXTAINER LIMITED, TEXTAINER CAPITAL |
| | CORPORATION, TEXTAINER GROUP HOLDINGS |
| 7 | LIMITED, TCC EQUIPMENT INCOME FUND, |
| | TEXTAINER EQUIPMENT INCOME FUND II, L.P., |
| 8 | TEXTAINER EQUIPMENT INCOME FUND III, L.P., |
| | TEXTAINER EQUIPMENT INCOME FUND IV, L.P., |
| 9 | TEXTAINER EQUIPMENT INCOME FUND V, L.P., |
| | TEXTAINER EQUIPMENT INCOME FUND VI, L.P. |
| 10 | and JOHN A. MACCARONE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No.   C 05-00969 MMC |
| | **SUBSTITUTION OF COUNSEL**; ORDER THEREON |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

SUBSTITUTION OF COUNSEL
C 05-00969 MMC
pa-1024558

1

Defendants Textainer Financial Services Corporation, Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation, Textainer Group Holdings Limited, TCC Equipment Income Fund, Textainer Equipment Income Fund II, L.P., Textainer Equipment Income Fund III, L.P., Textainer Equipment Income Fund IV, L.P., Textainer Equipment Income Fund V, L.P., Textainer Equipment Income Fund VI, L.P., and John A. Maccarone ("the Textainer defendants") hereby substitute Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, in place of The Law Offices of Terry M. Gordon as their attorneys of record herein.

Dated: November 10, 2005        TEXTAINER FINANCIAL SERVICES CORPORATION

By: _____/s/_____
John A. Maccarone, President

Dated: November 10, 2005        TEXTAINER EQUIPMENT MANAGEMENT LIMITED

By: _____/s/_____
John A. Maccarone, Director

Dated: November 10, 2005        TEXTAINER LIMITED

By: _____/s/_____
John A. Maccarone, President

Dated: November 10, 2005        TEXTAINER CAPITAL CORPORATION

By: _____/s/_____
John A. Maccarone, President

SUBSTITUTION OF COUNSEL
C 05-00969 MMC
pa-1024558

2

| | |
|---|---|
| Dated: November __, 2005 | TEXTAINER GROUP HOLDINGS LIMITED |
| | By: _____/s/_____<br>John A. Maccarone, President |
| Dated: November __, 2005 | TCC EQUIPMENT INCOME FUND, L.P. |
| | By: _____/s/_____<br>John A. Maccarone, President of<br>Textainer Financial Services Corporation,<br>its General Partner |
| Dated: November 10, 2005 | TEXTAINER EQUIPMENT INCOME FUND II, L.P. |
| | By: _____/s/_____<br>John A. Maccarone, President of<br>Textainer Financial Services Corporation,<br>its General Partner |
| Dated: November 10, 2005 | TEXTAINER EQUIPMENT INCOME FUND III, L.P. |
| | By: _____/s/_____<br>John A. Maccarone, President of<br>Textainer Financial Services Corporation,<br>its General Partner |

1  Dated: November 10, 2005                TEXTAINER EQUIPMENT INCOME FUND IV, L.P.

    By:  _____/s/_____
         John A. Maccarone, President of
         Textainer Financial Services Corporation,
         its General Partner

8  Dated: November 10, 2005                TEXTAINER EQUIPMENT INCOME FUND V, L.P.

    By:  _____/s/_____
         John A. Maccarone, President of
         Textainer Capital Corporation, its
         General Partner

15  Dated: November 10, 2005               TEXTAINER EQUIPMENT INCOME FUND VI, L.P.

    By:  _____/s/_____
         John A. Maccarone, President of
         Textainer Capital Corporation, its
         General Partner

22  Dated: November 10, 2005

                                           _____/s/_____
                                           John A. Maccarone

27        ///

SUBSTITUTION OF COUNSEL
C 05-00969 MMC
pa-1024558

1     The following attorneys accept this substitution of counsel:

2   Dated: November 10, 2005           MORRISON & FOERSTER LLP

                                       By:    /s/
                                              Darryl P. Rains

Dated: November 10, 2005           LAW OFFICES OF TERRY M. GORDON

                                       By:    /s/
                                              Terry M. Gordon

    I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this Substitution of Counsel. In compliance with General Order 45, X.B., I hereby attest that John A. Maccarone and Terry M. Gordon have concurred in this filing.

Dated: November 10, 2005           MORRISON & FOERSTER LLP

                                       By:    /s/
                                              Darryl P. Rains

                                              Attorney for Textainer Defendants and John A. Maccarone

Dated: November 15, 2005

                                              [UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal: IT IS SO ORDERED / Judge Maxine M. Chesney]

SUBSTITUTION OF COUNSEL
C 05-00969 MMC
pa-1024558

                                                                                    5