1  DARRYL P. RAINS (CA SBN 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California 94304-1018
3  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
4
   Attorneys for Defendants TEXTAINER FINANCIAL
5  SERVICES CORPORATION, TEXTAINER
   EQUIPMENT MANAGEMENT LIMITED,
6  TEXTAINER LIMITED, TEXTAINER CAPITAL
   CORPORATION, TEXTAINER GROUP HOLDINGS
7  LIMITED, TCC EQUIPMENT INCOME FUND,
   TEXTAINER EQUIPMENT INCOME FUND II, L.P.,
8  TEXTAINER EQUIPMENT INCOME FUND III, L.P.,
   TEXTAINER EQUIPMENT INCOME FUND IV, L.P.,
9  TEXTAINER EQUIPMENT INCOME FUND V, L.P.,
   TEXTAINER EQUIPMENT INCOME FUND VI, L.P.
10 and JOHN A. MACCARONE

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No.   C 05-00969 MMC |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING OF MOTIONS TO DISMISS CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT** |
| | **[LOCAL RULE 7-7(b)(1)]** |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

23      Lead Plaintiff Stephen L. Craig and defendants Textainer Financial Services Corporation,

24 Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation,

25 Textainer Group Holdings Limited, TCC Equipment Income Fund, Textainer Equipment Income

26 Fund II, L.P., Textainer Equipment Income Fund III, L.P., Textainer Equipment Income Fund IV,

27 L.P., Textainer Equipment Income Fund V, L.P., Textainer Equipment Income Fund VI, L.P.,

28

STIPULATION AND ORDER CONTINUING HEARING OF MOTIONS TO DISMISS
C 05-00969 MMC                                                                                      1
pa-1025515

1 | John A. Maccarone (the "Textainer defendants"), and RFH Ltd. hereby stipulate pursuant to
2 | Local Rule 7-7(b)(1) as follows:
3 |     WHEREAS the Textainer defendants and RFH Ltd. have filed motions to dismiss the
4 | Consolidated and Amended Class Action Complaint;
5 |     WHEREAS plaintiffs have filed briefs opposing defendants' motions to dismiss;
6 |     WHEREAS the Textainer defendants and RFH Ltd. have filed reply briefs in support of
7 | their motions to dismiss;
8 |     WHEREAS the motions to dismiss are scheduled for hearing on November 18, 2005;
9 |     WHEREAS on November 10, 2005, the Textainer defendants substituted Morrison &
10 | Foerster LLP in place of their previous attorneys as counsel of record herein;
11 |     WHEREAS Darryl P. Rains of Morrison & Foerster, the lead attorney representing the
12 | Textainer defendants herein, is unavailable on November 18, 2005, due to a previous
13 | commitment;
14 |     WHEREAS the Textainer defendants' new counsel need a short period of time to
15 | familiarize themselves with this case and the pending motions; and
16 |     WHEREAS the parties affected by the motions have not previously stipulated to continue
17 | the hearing date;
18 |     THEREFORE, Lead Plaintiff, the Textainer defendants, and RFH Ltd. stipulate and agree
19 | that the hearing of defendants' motions to dismiss shall be continued to December 16, 2005, at
20 | 9:00 a.m.

STIPULATION AND ORDER CONTINUING HEARING OF MOTIONS TO DISMISS
C 05-00969 MMC
pa-1025515

2

| | | |
|---|---|---|
| Dated: November 15, 2005 | | MORRISON & FOERSTER LLP |
| | By: | /s/ |
| | | Darryl P. Rains |
| | | Attorneys for the Textainer Defendants |
| Dated: November 15, 2005 | | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | By: | /s/ |
| | | J.D. Horton |
| | | Attorneys for Defendant RFH Ltd. |
| Dated: November 15, 2005 | | GOLD BENNETT CERA & SIDENER, LLP |
| | By: | /s/ |
| | | Solomon B. Cera |
| | | Attorney for Lead Plaintiff Stephen L. Craig |

The above stipulation is hereby GRANTED, and, in addition, the Case Management Conference currently scheduled for November 18, 2005 is hereby CONTINUED to December 16, 2005.

IT IS SO ORDERED.

Dated: November 15, 2005

The Honorable Maxine M. Chesney
United States District Judge

1   I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this
2  Stipulation and Order Continuing Hearing of Motions to Dismiss Consolidated and Amended
3  Class Action Complaint.  In compliance with General Order 45, X.B., I hereby attest that J.D.
4  Horton and Solomon B. Cera have concurred in this filing.

5  Dated: November 15, 2005                    MORRISON & FOERSTER LLP

7                                              By:          /s/
8                                                   Darryl P. Rains
9                                                   Attorney for Textainer Defendants

STIPULATION AND ORDER CONTINUING HEARING OF MOTIONS TO DISMISS
C 05-00969 MMC
pa-1025515

4