1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-00969-MMC |
| 12 | CLASS ACTION |
| 13 | STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DEADLINE FOR LEAD PLAINTIFF TO FILE AN AMENDED COMPLAINT |
| 14 | |
| 15 | |
| 16  THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| 17 | |

18      Lead Plaintiff Stephen L. Craig and defendants Textainer Financial Services Corporation,

19  Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation,

20  Textainer Group Holdings Limited, TCC Equipment Income Fund, Textainer Equipment Income

21  Fund II, L.P., Textainer Equipment Income Fund III, L.P., Textainer Equipment Income Fund IV,

22  L.P., Textainer Equipment Income Fund V, L.P., Textainer Equipment Income Fund VI, L.P.,

23  John A. Maccarone (collectively, the "Textainer defendants"), and RFH Ltd. hereby stipulate

24  pursuant to Local Rules 7-10(b) and 7-11 as follows:

25      WHEREAS on December 12, 2005 the Court issued its Order Granting in Part and

26  Denying in Part Textainer Defendants' Motion to Dismiss; Granting RFH's Motion to Dismiss;

27  Vacating Hearing; Continuing Case Management Conference (Docket No. 145) ("Order");

28      WHEREAS the Order provides that "Plaintiff may file an amended complaint no later than

1  20 days from the date of this Order," thereby making the deadline for filing an amended complaint

2  December 30, 2005;

3       WHEREAS the period during which Lead Plaintiff may file an amended complaint includes

4  two federal holidays and other days on which persons necessary to the preparation of an amended

5  complaint will be unavailable;

6       **IT IS HEREBY STIPULATED:**

7       1.     Lead Plaintiff may file an amended complaint by January 27, 2006.

8       2.     The defendants' responses to the amended complaint shall be filed by February 24,

9  2006.

10      3.     Should any defendant respond to the amended complaint by filing a motion, Lead

11 Plaintiff shall file any opposition to such motion by March 24, 2006.

12      4.     The defendants shall file any reply memoranda by April 14, 2006.

13      5.     The hearing on any motion directed to the amended complaint shall be at 9:00 a.m.

14 on April 28, 2006.

15 Dated: December 22, 2005

16                                              By:

17                                              Solomon B. Cera
                                                Gwendolyn R. Giblin
18                                              GOLD BENNETT CERA & SIDENER LLP
                                                595 Market Street, Suite 2300
19                                              San Francisco, California 94105-2835
                                                Telephone: (415) 777-2230
20                                              Facsimile: (415) 777-5189
                                                Email: scera@gbcslaw.com
21                                              Email: ggiblin@gbcslaw.com

22                                              - and -

23                                              Jeffrey S. Abraham
                                                ABRAHAM FRUCHTER & TWERSKY LLP
24                                              One Penn Plaza, Suite 2805
                                                New York, New York 10119
25                                              Telephone: (212) 279-5050
                                                Facsimile: (212) 279-3655
26                                              Email: Jabraham@aftlaw.com

27                                              Counsel for Lead Plaintiff Stephen L. Craig

28

1

Dated: December ___, 2005                        By: _____

2

3                                                Darryl P. Rains
                                                 Paul H. Goldstein
4                                                MORRISON & FOERSTER LLP
                                                 755 Page Mill Road
5                                                Palo Alto, CA 94304-1018
                                                 Tel: (650) 813-5600
6                                                Fax: (650) 494-0792
                                                 E-mail: drains@mofo.com
7                                                E-mail: phgoldstein@mofo.com

8                                                Counsel for the Textainer Defendants

9       Dated: December 27 2005

10                                               By: _____

11                                               J.D. Horton
                                                 QUINN EMANUEL URQUHART OLIVER
12                                                   & HEDGES, LLP
                                                 865 South Figueroa Street, 10th Floor
13                                               Los Angeles, CA 90017
                                                 Tel: (213) 443-3000
14                                               Fax: (213) 443-3100
                                                 Email: jdhorton@quinnemanuel.com

15                                               Counsel for Defendant RFH, Ltd.

16      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17      Dated: December ___, 2005

18

19                                               _____
                                                 HON. MAXINE M. CHESNEY
20                                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1

Dated: December 22, 2005

By: _____

2

3

Darryl P. Rains
Paul H. Goldstein
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Tel: (650) 813-5600
Fax: (650) 494-0792
E-mail: drains@mofo.com
E-mail: phgoldstein@mofo.com

4

5

6

7

Counsel for the Textainer Defendants

8

Dated: December ___, 2005

By: _____

9

10

J.D. Horton
QUINN EMANUEL URQUHART OLIVER
   & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: jdhorton@quinnemanuel.com

11

12

13

14

Counsel for Defendant RFH, Ltd.

15

16

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 22, 2005

17

18

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED COMPLAINT Master
File No. C-05-00969-MMC

3