UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master File No.  C 05-00969 MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR TEXTAINER DEFENDANTS TO FILE MOTION TO DISMISS** |

pa-1046836

STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO DISMISS
Case No.    C 05-00969 MMC

1  Lead Plaintiff Stephen L. Craig and defendants Textainer Financial Services Corporation,
2  Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation,
3  Textainer Group Holdings Limited, TCC Equipment Income Fund, Textainer Equipment Income
4  Fund II, L.P., Textainer Equipment Income Fund III, L.P., Textainer Equipment Income Fund IV,
5  L.P., Textainer Equipment Income Fund V, L.P., Textainer Equipment Income Fund VI, L.P. and
6  John A. Maccarone (collectively, the "Textainer defendants"), and RFH Ltd hereby stipulate pursuant
7  to Local Rules 7-11 and 7-12 as follows:

8  WHEREAS on December 22, 2005, the Court signed a Stipulation and Order Continuing
9  Deadline For Lead Plaintiff To File an Amended Complaint providing in part that:

10  1.  The defendants' responses to the amended complaint shall be filed by February 24,
11  2006;

12  2.  Should any defendant respond to the amended complaint by filing a motion, Lead
13  Plaintiff shall file any opposition to such motion by March 24, 2006.

14  3.  The defendants shall file any reply memoranda by April 14, 2006;

15  4.  The hearing on any motion directed to the amended complaint shall be at 9:00 a.m. on
16  April 28, 2006;

17  WHEREAS, the Textainer Defendants request one additional week to file their motion to
18  dismiss to account for personnel unavailability and a federal holiday during their briefing period,
19  without changing the hearing date or reducing Plaintiffs' time to oppose the motion;

20  WHEREAS, Lead Plaintiff and defendant RFH Ltd. do not oppose this request;

**IT IS HEREBY STIPULATED:**

    1.    The Textainer defendants' responses to the amended complaint shall be filed by March 3, 2006;

    2.    Should the Textainer defendants respond to the amended complaint by filing a motion, Lead Plaintiff shall file any opposition to such motion by March 31, 2006.

    3.    The Textainer defendants shall file any reply memoranda by April 14, 2006;

    4.    The hearing on any motion directed to the amended complaint shall remain unchanged and take place at 9:00 a.m. on April 28, 2006.

    5.    The deadlines with respect to any motion filed by RFH Ltd. are unchanged from the December 22, 2005 stipulation and order.

Dated: February 17, 2006

By:     s/Win Hwangbo

Darryl P. Rains
Win Hwangbo
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/813-5600
Facsimile: 650/494-0792
drains@mofo.com
whwangbo@mofo.com

Attorneys for Textainer Defendants

Dated: February 17, 2006

By:     s/Gwendolyn R. Giblin

Solomon B. Cera
Gwendolyn R. Giblin
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: 415/777-2230
Facsimile: 415/777-5189
scera@gbcslaw.com
ggiblin@gbcslaw.com

- and –

Jeffrey S. Abraham
ABRAHAM FRUCHTER & TWERKSY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: 212/279-5050
Facsimile: 212/279-3655
Jabraham@aftlaw.com

Counsel for Lead Plaintiff Stephen L. Craig

pa-1046836     3

STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO DISMISS
Case No.   C 05-00969 MMC

1  Dated: February 17, 2006

By: _____s/J. D. Horton_____

J. D. Horton
QUINN, EMANUEL URQUHART OLIVER & HEDGES, LLP
865 So. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: 213/443-3000
Facsimile:  213/443-3100
jdhorton@quinnemanuel.com

Counsel for RFH, Ltd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February __17__, 2006.

_____
The Honorable Maxine M. Chesney
United States District Judge