IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS _____ / | No. C-05-0969 MMC **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss, noticed for hearing April 28, 2006, the case management conference currently scheduled for March 31, 2006 is hereby continued to June 16, 2006 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: March 29, 2006

MAXINE M. CHESNEY
United States District Judge