QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
A. William Urquhart (Bar No. 140966)
J.D. Horton (Bar No. 192836)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
RFH, Ltd.

# UNITED STATES DISTRICT COURT
## NORHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-0969 (MMC)<br><br>STIPULATION RE SCHEDULE FOR FILING CONSOLIDATED AMENDED COMPLAINT AND RFH, LTD'S ANSWER TO SECOND AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT |

Defendants RFH, Ltd. ("RFH") and Textainer Equipment Income Fund, II, L.P., Textainer Equipment Income Fund, III, L.P., Textainer Equipment Income Fund, IV, L.P., Textainer Equipment Income Fund, V, L.P., Textainer Equipment Income Fund, VI, L.P., Textainer Equipment Management Limited, Textainer Financial Services Corporation, Textainer Capital Corporation, Textainer Group Holdings Limited, TCC Equipment Income Fund and John A. Maccarone ("Textainer Defendants") (collectively "Defendants"), on the one hand, and Lead Plaintiff Stephen L. Craig ("Plaintiff"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 15, 2006, the Court granted in part and denied in part Textainer Defendants' motion to dismiss and order plaintiff to file an amended complaint by June 4, 2006;

WHEREAS, on May 15, 2006, the Court further denied RFH's motion to dismiss and ordered RFH to file an answer by May 25, 2006;

WHEREAS, the parties have met and conferred regarding the filing of the consolidated amended complaint and RFH's answer to the Second Amended and Consolidated Class Action Complaint;

///
///
///

NOW, THEREFORE, the parties stipulate and agree as follows:

Lead Plaintiff will file a consolidated amended complaint on or before June 9, 2006;

Defendant RFH's answer to the Second Amended and Consolidated Class Action Complaint shall be filed on June 9, 2006;

| | |
|---|---|
| Dated: May 24, 2006 | GOLD BENNETT CERA & SIDENER LLP<br>-and-<br>ABRAHAM FRUCHTER & TWERSKY LLP<br><br>By: _____<br>Gwendolyn R. Giblin<br>Co-Lead Counsel for Stephen L. Craig and the Class<br><br>Gold Bennett Cera & Sidener LLP<br>595 Market Street, Suite 2300<br>San Francisco, California 94105-2835<br>Telephone: 415-777-2230<br>Facsimile: 415-777-5189<br><br>Abraham Fruchter & Twersky LLP<br>One Penn Plaza, Suite 2805<br>New York, New York 10119<br>Telephone: 212-279-5050<br>Facsimile: 212-279-3655 |

Dated: May 24, 2006

MORRISON & FOERSTER

By: _____
Darryl P. Rains
Attorneys for Textainer
Defendants

Morrison & Foerster
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:  (650) 813-5600
Facsimile:   (650) 494-0792

Dated: May 24, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

By: _____
J.D. Horton
Attorneys for Defendant
RFH, Ltd.

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Dated: May 25, 2006

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney