UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: Textainer Partnership Securities Litigation | Case No.   C-05-00969-MMC |
|---|---|
| This Document Relates To: All Actions | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-05-00969 MMC
pa-1056072

1   Lead Plaintiff Stephen L. Craig and Defendants Textainer Financial Services Corporation,
2   Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation,
3   Textainer Group Holdings Limited, and John A. Maccarone (collectively, the "Textainer
4   Defendants"), and RFH Ltd, hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:
5   WHEREAS on March 29, 2006, the Court continued the Case Management Conference to
6   June 16, 2006;
7   WHEREAS on May 15, 2006, the Court granted in part and denied in part the Textainer
8   Defendants' motion to dismiss and ordered plaintiff to file an amended complaint by June 4,
9   2006;
10  WHEREAS on May 15, 2006, the Court denied RFH's motion to dismiss and ordered
11  RFH to file an answer by May 25, 2006;
12  WHEREAS on May 25, 2006, pursuant to Stipulation and Order, Lead Plaintiff will file a
13  third amended complaint on or before June 9, 2006, and RFH will answer the Second Amended
14  and Consolidated Class Action Complaint on or before June 9, 2006;
15  WHEREAS, in the interest of judicial economy, the parties jointly request that the Court
16  continue the Case Management Conference hearing to the same date as the hearing on the Motion
17  to Dismiss;
18  WHEREAS, the parties request that the Court order that the Joint Case Management
19  Statement be filed no later than (7) days before the scheduled Case Management Conference
20  hearing;
21  **THEREFORE, the parties stipulate as follows**:
22  1.   The Case Management Conference shall take place at 10:30 a.m. on the same date
23  as the hearing on the Textainer Defendants' Motion to Dismiss, or as soon thereafter as may be
24  scheduled by the Court.
25  2.   The Joint Case Management Statement shall be filed at least seven (7) days before
26  the scheduled Case Management Conference hearing.
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE       1
CASE NO. C-05-00969 MMC
pa-1056072

Dated: June 7, 2006

By: s/Darryl P. Rains

Darryl P. Rains
Grace Y. Park
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone: 650/813-5600
Facsimile:  650/494-0792
drains@mofo.com
GracePark@mofo.com

Attorneys for Textainer Defendants

Dated: June 7, 2006

By: s/Solomon B. Cera

Solomon B. Cera
Gwendolyn R. Giblin
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA  94105-2835
Telephone: 415/777-2230
Facsimile:  415/777-5189
scera@gbcslaw.com
ggiblin@gbcslaw.com

- and –

Jeffrey S. Abraham
ABRAHAM FRUCHTER & TWERKSY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: 212/279-5050
Facsimile: 212/279-3655
Jabraham@aftlaw.com

Counsel for Lead Plaintiff Stephen L. Craig

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-05-00969 MMC
pa-1056072

2

1  Dated: June 7, 2006

                                   By:     s/J.D. Horton

                                           J. D. Horton
                                           QUINN, EMANUEL URQUHART
                                           OLIVER & HEDGES, LLP
                                           865 So. Figueroa Street, 10th Floor
                                           Los Angeles, CA  90017
                                           Telephone: 213/443-3000
                                           Facsimile:  213/443-3100
                                           jdhorton@quinnemanuel.com

                                           Counsel for RFH, Ltd.


**IT IS SO ORDERED**, with the exception that the case management conference is hereby continued from June 16, 2006 to September 29, 2006 at 10:30 a.m.
Dated:  June _9_, 2006.

                                           _____
                                           The Honorable Maxine M. Chesney
                                           United States District Judge


    I, Grace Y. Park, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.**  In compliance with General Order 45, X.B., I hereby attest that Gwendolyn R. Giblin and J. D. Horton have concurred in this filing.

Dated:  June 7, 2006            Morrison & Foerster LLP

                                By:     s/Grace Y. Park
                                        Grace Y. Park

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-05-00969 MMC
pa-1056072

3