QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
A. William Urquhart (Bar No. 140966)
J.D. Horton (Bar No. 192836)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
RFH, Ltd.

## UNITED STATES DISTRICT COURT
## NORHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-0969 (MMC)<br><br>STIPULATION RE TIMING OF RFH, LTD'S ANSWER TO THIRD AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT |

Defendants RFH, Ltd. ("RFH"), on the one hand, and Lead Plaintiff Stephen L. Craig ("Plaintiff"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 15, 2006, the Court granted in part and denied in part Textainer Defendants' motion to dismiss and order plaintiff to file an amended complaint by June 4, 2006;

WHEREAS, on May 15, 2006, the Court further denied RFH's motion to dismiss and ordered RFH to file an answer to Plaintiff's Second Amended and Consolidated Class Action Complaint by May 25, 2006;

WHEREAS, RFH filed its answer to the Second Amended and Consolidated Class Action Complaint on May 25, 2006, and Plaintiff, by stipulation, filed its Third Amended and Consolidated Class Action Complaint on June 9, 2006;

1   WHEREAS, the parties have met and conferred regarding the timing of
2 RFH's answer to the Third Amended and Consolidated Class Action Complaint;
3   WHEREAS, the extension agreed to between RFH and Plaintiff regarding
4 when RFH must file its answer to the Third Amended and Consolidated Class
5 Action Complaint will not affect any other dates in this Action;

7   NOW, THEREFORE, the parties stipulate and agree as follows:

9   Defendant RFH's answer to the Third Amended and Consolidated Class
10  Action Complaint shall be filed on July 14, 2006;

12  Dated: June 23, 2006            GOLD BENNETT CERA &
                                    SIDENER LLP
                                        -and-
                                    ABRAHAM FRUCHTER &
                                    TWERSKY LLP


                                    By: /s/Gwendolyn R. Giblin
                                        Gwendolyn R. Giblin
                                        Co-Lead Counsel for Stephen L.
                                        Craig and the Class

                                    Gold Bennett Cera & Sidener LLP
                                        595 Market Street, Suite 2300
                                        San Francisco, CA 94105-2835
                                        Telephone: 415-777-2230
                                        Facsimile:  415-777-5189

                                    Abraham Fruchter & Twersky LLP
                                        One Penn Plaza, Suite 2805
                                        New York, NY 10119
                                        Telephone: 212-279-5050
                                        Facsimile:  212-279-3655

07932/1907597.100999/04266.1

-2-                                 Case No. C-05-0969 (MMC)

STIPULATION RE SCHEDULE

| | |
|---|---|
| Dated: June 23, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP |
| | By: /s/J.D. Horton |
| | J.D. Horton |
| | Attorneys for Defendant |
| | RFH, Ltd. |
| | |
| | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA  90017 |
| | Telephone:    (213) 443-3000 |
| | Facsimile:     (213) 443-3100 |

07932/1907597.1

Case No. C-05-0969 (MMC)
STIPULATION RE SCHEDULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: __June 26, 2006__          _/s/ Maxine M. Chesney_

Honorable Maxine M. Chesney
Judge of the United States District Court