QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
A. William Urquhart (Bar No. 140966)
J.D. Horton (Bar No. 192836)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant
RFH, Ltd.

# UNITED STATES DISTRICT COURT
# NORHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Master File No. C-05-0969 (MMC)<br><br>STIPULATION RE RFH, LTD'S RESPONSE TO FOURTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT |

Defendants RFH, Ltd. ("RFH"), on the one hand, and Lead Plaintiff Stephen L. Craig ("Plaintiff"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 15, 2006, the Court granted in part and denied in part Textainer Defendants' motion to dismiss Plaintiff's Second Amended and Consolidated Class Action Complaint and ordered plaintiff to file an amended complaint by June 4, 2006;

WHEREAS, on May 15, 2006, the Court further denied RFH's motion to dismiss and ordered RFH to file an answer to Plaintiff's Second Amended and Consolidated Class Action Complaint by May 25, 2006;

WHEREAS, RFH filed its answer to the Second Amended and Consolidated Class Action Complaint on May 25, 2006, and Plaintiff, by stipulation, filed its Third Amended and Consolidated Class Action Complaint on June 9, 2006;

1     WHEREAS, on June 26, 2006, Textainer defendants filed a motion to dismiss
2 the Third Amended and Consolidated Class Action Complaint;
3     WHEREAS, on July 14, 2006, RFH filed its answer to the Third Amended
4 and Consolidated Class Action Complaint;
5     WHEREAS, on August 10, 2006, the Court granted in part and denied in part
6 Textainer defendants motion to dismiss the Third Amended and Consolidated Class
7 Action Complaint and ordered Plaintiff to file a Fourth Amended and Consolidated
8 Class Action Complaint by August 30, 2006;
9     WHEREAS, the new allegations in the Fourth Amended and Consolidated
10 Class Action Complaint are primarily directed towards Textainer defendants and are
11 intended to state a cause of action under federal securities law against same; and
12     WHEREAS, Plaintiff has not alleged a cause of action against RFH under
13 federal securities law;
14
15     NOW, THEREFORE, the parties stipulate and agree as follows:
16
17     Defendant RFH's answer to the Third Amended and Consolidated Class
18     Action Complaint shall be deemed RFH's operative answer in this action and
19 RFH shall not be required to provide a new answer in response to the Fourth
20 Amended and Consolidated Class Action Complaint.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | GOLD BENNETT CERA & SIDENER LLP |
| 2 | | -and- |
| 3 | | ABRAHAM FRUCHTER & TWERSKY LLP |

By: /s/Gwendolyn R. Giblin
    Gwendolyn R. Giblin
    Co-Lead Counsel for Stephen L. Craig and the Class

Gold Bennett Cera & Sidener LLP
    595 Market Street, Suite 2300
    San Francisco, CA 94105-2835
    Telephone: 415-777-2230
    Facsimile: 415-777-5189

Abraham Fruchter & Twersky LLP
    One Penn Plaza, Suite 2805
    New York, NY 10119
    Telephone: 212-279-5050
    Facsimile: 212-279-3655

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/J.D. Horton |
| 5 | |     J.D. Horton<br>    Attorneys for Defendant<br>    RFH, Ltd. |

Dated: September 8, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: /s/J.D. Horton
    J.D. Horton
    Attorneys for Defendant
    RFH, Ltd.

Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: September 8, 2006

*[signature]*

Honorable Maxine M. Chesney
Judge of the United States District Court