1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

| 12 | In re: Textainer Partnership Securities Litigation | Case No.   C-05-00969-MMC |
|----|---|---|
| 13 | | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 14 | This Document Relates To: All Actions | |
| 15 | | |

16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-05-00969 MMC
pa-1094528

1  Lead Plaintiff Stephen L. Craig and Defendants Textainer Financial Services Corporation, Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation, Textainer Group Holdings Limited, and John A. Maccarone (collectively, the "Textainer Defendants"), and RFH Ltd, hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:

WHEREAS on June 9, 2006, the Court continued the Case Management Conference to September 29, 2006;

WHEREAS on August 10, 2006, the Court granted in part and denied in part the Textainer Defendants' motion to dismiss and ordered plaintiff to file an amended complaint by August 30, 2006;

WHEREAS on May 15, 2006, the Court denied RFH's motion to dismiss and ordered RFH to file an answer by May 25, 2006;

WHEREAS Lead Plaintiff filed a fourth amended complaint on August 30, 2006, the Textainer Defendants will file a motion to dismiss the fourth amended complaint on or before September 14, 2006, and, by stipulation and order signed by this Court on September 8, 2006, RFH Ltd.'s answer to the third amended complaint has been deemed the operative answer in this action;

WHEREAS, in the interest of judicial economy, the parties jointly request that the Court continue the Case Management Conference hearing to the same date as the hearing on the Motion to Dismiss;

WHEREAS, the parties request that the Court order that the Joint Case Management Statement be filed no later than (7) days before the scheduled Case Management Conference hearing;

**THEREFORE, the parties stipulate as follows**:

1. The Case Management Conference shall take place at 10:30 a.m. on the same date as the hearing on the Textainer Defendants' Motion to Dismiss, or as soon thereafter as may be scheduled by the Court.

2. The Joint Case Management Statement shall be filed at least seven (7) days before the scheduled Case Management Conference hearing.

| | |
|---|---|
| 1 | Dated: September 11, 2006 |

|   |   |
|---|---|
| By: | s/Grace P. Park |

Darryl P. Rains
Grace Y. Park
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone: 650/813-5600
Facsimile:  650/494-0792
drains@mofo.com
GracePark@mofo.com

Attorneys for Textainer Defendants

Dated: September 11, 2006

|   |   |
|---|---|
| By: | s/Gwendolyn R. Giblin |

Solomon B. Cera
Gwendolyn R. Giblin
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA  94105-2835
Telephone: 415/777-2230
Facsimile:  415/777-5189
scera@gbcslaw.com
ggiblin@gbcslaw.com

- and –

Jeffrey S. Abraham
ABRAHAM FRUCHTER & TWERKSY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: 212/279-5050
Facsimile: 212/279-3655
Jabraham@aftlaw.com

Counsel for Lead Plaintiff Stephen L. Craig

Dated: September 11, 2006

By: s/J.D. Horton

J. D. Horton
QUINN, EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 So. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: 213/443-3000
Facsimile:  213/443-3100
jdhorton@quinnemanuel.com

Counsel for RFH, Ltd.

**IT IS SO ORDERED**, with the exception that the Case Management Conference is hereby from September 29, 2006 to November 17, 2006 at 10:30 a.m.

Dated:  September _11_, 2006.

*[signature]*
The Honorable Maxine M. Chesney
United States District Judge

I, Grace Y. Park, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Gwendolyn R. Giblin and J.D. Horton have concurred in this filing.

Dated:  September 11, 2006                   MORRISON & FOERSTER LLP

By: s/Grace Y. Park
Grace Y. Park