1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11

| | |
|---|---|
| In re: Textainer Partnership Securities Litigation | Case No.   C-05-00969-MMC |
| This Document Relates To: All Actions | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT |

1  Lead Plaintiff Stephen L. Craig and Defendants Textainer Financial Services Corporation, Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation, Textainer Group Holdings Limited, and John A. Maccarone (collectively, the "Textainer Defendants") hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:

WHEREAS, on September 14, 2006, the Textainer Defendants filed a Motion to Dismiss Fourth Amended Complaint which is set for hearing on October 20, 2006;

WHEREAS, on October 12, 2006, the parties participated in a mediation session with Hon. William J. Cahill (Ret.) at JAMS;

WHEREAS, RFH, Ltd. and plaintiff Stephen L. Craig have tentatively reached to a settlement agreement on this matter;

WHEREAS, the Textainer Defendants and Mr. Craig are continuing to discuss the possibility of a settlement of this case;

WHEREAS, to avoid consuming the Court's time unnecessarily, the parties seek to continue the hearing to a date that will allow the parties sufficient time to determine whether they will be able to successfully complete their negotiations;

The parties, by and through their respective counsel, hereby stipulate and agree, and request the Court to enter the following as an order of the Court:

The hearing on Textainer's Motion to Dismiss the Fourth Amended Complaint currently scheduled for October 20, 2006 is rescheduled to November 24, 2006 at 9:00 a.m.

Dated: October 13, 2006

By:        s/ Grace Y. Park
Darryl P. Rains
Grace Y. Park
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone: 650/813-5600
Facsimile:  650/494-0792
drains@mofo.com
GracePark@mofo.com

Attorneys for Textainer Defendants

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS     1
CASE NO. C-05-00969 MMC
pa-1103301

1  Dated: October 13, 2006

2                                          By:         s/ Gwendolyn R. Giblin

3  Solomon B. Cera
   Gwendolyn R. Giblin
4  GOLD BENNETT CERA & SIDENER LLP
5  595 Market Street, Suite 2300
   San Francisco, CA  94105-2835
6  Telephone: 415/777-2230
   Facsimile:  415/777-5189
7  scera@gbcslaw.com
   ggiblin@gbcslaw.com

8
   -   and –
9
   Jeffrey S. Abraham
10 ABRAHAM FRUCHTER & TWERKSY LLP
11 One Penn Plaza, Suite 2805
   New York, New York 10119
12 Telephone: 212/279-5050
   Facsimile: 212/279-3655
13 Jabraham@aftlaw.com

14 Counsel for Lead Plaintiff Stephen L. Craig

20 **PURSUANT TO STIPULATON, IT IS SO ORDERED,** with the exception that the hearing is continued to December 1, 2006 at 9:00 a.m.
21 Dated:  October  16 , 2006.

22 _____
   The Honorable Maxine M. Chesney
23 United States District Judge