
1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: TEXTAINER PARTNERSHIP SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No.   C-05-00969-MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
|---|---|

1    Lead Plaintiff Stephen L. Craig and Defendants Textainer Financial Services Corporation,
2    Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation,
3    Textainer Group Holdings Limited, and John A. Maccarone (collectively, the "Textainer
4    Defendants") hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:
5    WHEREAS, on September 11, 2006, the Court continued the Case Management
6    Conference to November 17, 2006;
7    WHEREAS, on October 12, 2006, the parties participated in a mediation session with
8    Hon. William J. Cahill (Ret.) at JAMS;
9    WHEREAS, on October 16, 2006, the Court continued the hearing on Textainer's Motion
10   to Dismiss Fourth Amended Complaint originally scheduled for October 20, 2006 to December 1,
11   2006.
12   WHEREAS, the Textainer Defendants and Mr. Craig are continuing to discuss the
13   possibility of a settlement of this case;
14   WHEREAS, a second mediation session cannot be held before December 1, 2006 due to
15   personnel unavailability;
16   WHEREAS, a second mediation session among the Textainer Defendants and Mr. Craig
17   is confirmed for December 13, 2006;
18   WHEREAS, to avoid consuming the Court's time unnecessarily, the parties seek to
19   continue the hearing and conference to dates that will allow the parties sufficient time to
20   determine whether they will be able to successfully complete their negotiations;
21   **THEREFORE**, the parties, by and through their respective counsel, hereby stipulate and
22   agree, and request the Court to enter the following as an order of the Court:
23   The hearing on Textainer's Motion to Dismiss the Fourth Amended Complaint currently
24   scheduled for December 1, 2006 is rescheduled to January 5, 2007 at 9:00 a.m.
25   The Case Management Conference currently scheduled for November 17, 2006 shall take
26   place at 10:30 a.m. on the same date as the hearing on the Textainer Defendants' Motion to
27   Dismiss, or as soon thereafter as may be scheduled by the Court.
28

1 | The Joint Case Management Statement shall be filed at least seven (7) days before the scheduled Case Management Conference hearing.

| | | |
|---|---|---|
| Dated: October 26, 2006 | By: | s/Grace Y. Park |
| | | Darryl P. Rains |
| | | Grace Y. Park |
| | | MORRISON & FOERSTER LLP |
| | | 755 Page Mill Road |
| | | Palo Alto, CA  94304 |
| | | Telephone: 650/813-5600 |
| | | Facsimile:  650/494-0792 |
| | | drains@mofo.com |
| | | GracePark@mofo.com |
| | | |
| | | Attorneys for Textainer Defendants |
| Dated: October 26, 2006 | By: | s/Gwendolyn R. Giblin |
| | | Solomon B. Cera |
| | | Gwendolyn R. Giblin |
| | | GOLD BENNETT CERA |
| | |   & SIDENER LLP |
| | | 595 Market Street, Suite 2300 |
| | | San Francisco, CA  94105-2835 |
| | | Telephone: 415/777-2230 |
| | | Facsimile:  415/777-5189 |
| | | scera@gbcslaw.com |
| | | ggiblin@gbcslaw.com |
| | | |
| | | -    and – |
| | | Jeffrey S. Abraham |
| | | ABRAHAM FRUCHTER |
| | |   & TWERKSY LLP |
| | | One Penn Plaza, Suite 2805 |
| | | New York, New York 10119 |
| | | Telephone: 212/279-5050 |
| | | Facsimile: 212/279-3655 |
| | | Jabraham@aftlaw.com |
| | | |
| | | Counsel for Lead Plaintiff Stephen L. Craig |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE CMC
CASE NO. C-05-00969 MMC
pa-1105923

2

I, Grace Y. Park, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Gwendolyn R. Giblin has concurred in this filing.

Dated:  October 26, 2006          MORRISON & FOERSTER LLP


By:    s/Grace Y. Park
       Grace Y. Park


**ORDER**

**PURSUANT TO STIPULATON, IT IS SO ORDERED.**

Dated:  October  26, 2006.

_____
The Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE CMC
CASE NO. C-05-00969 MMC
pa-1105923

3