Dated: January 2, 2007



IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TEXTAINER PARTNERSHIP SECURITIES LITIGATION | Case No.   C-05-00969-MMC |
| This Document Relates To: All Actions | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE |

1       Lead Plaintiff Stephen L. Craig, Defendant RFH, Ltd. ("RFH"), Defendants Textainer Financial Services Corporation, Textainer Equipment Management Limited, Textainer Limited, Textainer Capital Corporation, Textainer Group Holdings Limited, and John A. Maccarone (collectively, the "Textainer Defendants") hereby stipulate pursuant to Local Rules 7-11 and 7-12 as follows:

      WHEREAS, on October 26, 2006, the Court continued the Case Management Conference to January 5, 2007;

      WHEREAS, on October 26, 2006, the Court continued the hearing on Textainer's Motion to Dismiss Fourth Amended Complaint to January 5, 2007;

      WHEREAS, due to a scheduling conflict, counsel for the Textainer Defendants have requested, and counsel for Lead Plaintiff Stephen L. Craig and Defendant RFH do no object to, continuing the Case Management Conference and the hearing on Textainer's Motion to Dismiss Fourth Amended Complaint one week to January 12, 2007;

      **THEREFORE**, the parties, by and through their respective counsel, hereby stipulate and agree, and request the Court to enter the following as an order of the Court:

      The hearing on Textainer's Motion to Dismiss the Fourth Amended Complaint currently scheduled for January 5, 2007 is rescheduled to January 12, 2007 at 9:00 a.m.

      The Case Management Conference currently scheduled for January 5, 2007 shall take place at 10:30 a.m. on the same date as the hearing on the Textainer Defendants' Motion to Dismiss.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE CMC
CASE NO. C-05-00969 MMC
pa-1121073

1

| | | | |
|---|---|---|---|
| 1 | Dated: December 29, 2006 | By: | s/ Grace Y. Park |
| 2 | | | Darryl P. Rains |
| 3 | | | Grace Y. Park |
| | | | MORRISON & FOERSTER LLP |
| 4 | | | 755 Page Mill Road |
| | | | Palo Alto, CA 94304 |
| 5 | | | Telephone: 650/813-5600 |
| | | | Facsimile: 650/494-0792 |
| 6 | | | drains@mofo.com |
| | | | GracePark@mofo.com |

Attorneys for Textainer Defendants

Dated: December 29, 2006            By:     s/ J.D. Horton

John B. Quinn
J. D. Horton
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100
jdhorton@quinnemanuel.com

Attorneys for Defendant RFH, Ltd.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE CMC
CASE NO. C-05-00969 MMC
pa-1121073

2

Dated: December 29, 2006

By:   s/ Gwendolyn R. Giblin

Solomon B. Cera
Gwendolyn R. Giblin
GOLD BENNETT CERA
  & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA  94105-2835
Telephone: 415/777-2230
Facsimile:  415/777-5189
scera@gbcslaw.com
ggiblin@gbcslaw.com

- and –

Jeffrey S. Abraham
ABRAHAM FRUCHTER
  & TWERKSY LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: 212/279-5050
Facsimile: 212/279-3655
Jabraham@aftlaw.com

Counsel for Lead Plaintiff Stephen L. Craig

I, Grace Y. Park, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Gwendolyn R. Giblin and J.D. Horton has concurred in this filing.

Dated: December 29, 2006

By:   s/ Grace Y. Park

Darryl P. Rains
Grace Y. Park
MORRISON & FOERSTER LLP

Attorneys for Textainer Defendants

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CONTINUE CMC
CASE NO. C-05-00969 MMC
pa-1121073

3