**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TEXTAINER PARTNERSHIP SECURITIES LITIGATION, | No. 07-15186 |
| | D.C. No. CV-05-00969-MMC Northern District of California, San Francisco |
| STEPHEN L. CRAIG, lead plaintiff, | |
| Plaintiff - Appellant, | ORDER |
| and | |
| ROBERT LEWIS, Alan P. Gordon, City Partnerships Co.; ALAN P. GORDON; CITY PARTNERSHIPS CO, | |
| Plaintiffs, | |
| v. | |
| JOHN A. MACCARONE; RFH, LTD; TEXTAINER EQUIPMENT INCOME FUND II, L.P.; TEXTAINER EQUIPMENT INCOME FUND III, L.P. TEXTAINER EQUIPMENT INCOME FUND IV, L.P.; TEXTAINER EQUPMENT INCOME FUND V, L.P.; TEXTAINER EQUIPMENT INCOME FUND VI L.P.; TEXTAINER EQUIPMENT MANAGEMENT LIMITED; TEXTAINER FINANCIAL SERVICES CORPORATION; TEXTAINER CAPITAL CORPORATION; TEXTAINER GROUP HOLDINGS LIMITED; TEXTAINER | |

LIMITED; TCC EQUIPMENT INCOME
FUND, L.P., a California Limited
Partnership,

        Defendants - Appellees.

Before: ROTH,[*] BEEZER and BYBEE, Circuit Judges.

The stipulation of voluntary dismissal, filed by the parties on July 10, 2009, is APPROVED. Fed. R. App. P. 42(b). The copy of this Order shall constitute the mandate of this Court.

---

[*] The Honorable Jane R. Roth, United States Court of Appeals, Third Circuit, sitting by designation.