**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 28, 2009

CASE NUMBER:   **CV 05-00969 MMC**
CASE TITLE:   **Lewis-v- Textainer Equipment Income Fund II, L.P.**
DATE MANDATE FILED:   8/28/09

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Alfred  Amistoso
Case Systems Administrator

Distribution:   CIVIL      -      Counsel of Record

CRIMINAL   -      Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16